1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-583-3695
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  GREGORY NARVAEZ

6  Andrew M. Steinheimer (SBN: 200524)
   ELLIS, LAVOIE, POIRIER, STEINHEIMER & MCGEE, LLP
7  555 University Avenue, Ste. 200 East
   Sacramento, CA 95825
8  Tel: 916-283-8820
   Fax: 916-283-8821
9  asteinheimer@ecplslaw.com
   Attorneys for Defendant,
10 CREDIT BUREAU OF UKIAH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

GREGORY NARVAEZ,                )
                                )
        Plaintiff,              )   **Case No.  10-00553-VRW**
                                )
    v.                          )   **[PROPOSED] ORDER TO CONTINUE**
                                )   **THE ADR DEADLINE**
CREDIT BUREAU OF UKIAH,         )
                                )
        Defendant.              )
                                )

In response to the parties' joint request to continue the ENE deadline (Document No. 23), IT IS ORDERED that the new ADR deadline is December 27, 2010.

Dated: 9/27/2010          _____
                          Vaughn R. Walker
                          UNITED STATES DISTRICT JUDGE

                          *Judge Vaughn R Walker*

- 1 -