1  Andrew M. Steinheimer - 200524
   Darrell W. Spence - 248011
2  ELLIS, LaVOIE, POIRIER, STEINHEIMER
     & McGEE LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  asteinheimer@ellislawgrp.com
   dspence@ellislawgrp.com
6
   Attorneys for Defendant CREDIT BUREAU OF UKIAH
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY NARVAEZ, | Case No.: 10-CV-00553 CW |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE ENE CONFERENCE** |
| v. | |
| CREDIT BUREAU OF UKIAH, | |
| Defendant. | |

The parties' joint request to continue the ENE deadline is GRANTED. The new ENE deadline is February 28, 2011.

IT IS SO ORDERED.

Dated: __1/6/2011_____

_____
Judge of the United States District Court
Honorable Claudia Wilken

**cc: ADR**

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE ENE CONFERENCE