Andrew M. Steinheimer - 200524
Darrell W. Spence - 248011
ELLIS, LaVOIE, POIRIER, STEINHEIMER
  & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ellislawgrp.com
dspence@ellislawgrp.com

Attorneys for Defendant CREDIT BUREAU OF UKIAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY NARVAEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT BUREAU OF UKIAH,<br><br>    Defendant. | Case No.:  10-CV-00553 CW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE ENE CONFERENCE** |

The parties' joint request to continue the ENE deadline is GRANTED. The new ENE deadline is April 15, 2011.

IT IS SO ORDERED.

Dated: **2/22/2011**

_____
Judge of the United States District Court
Honorable Claudia Wilken

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE ENE CONFERENCE