1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  GREGORY NARVAEZ

6

            UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA,
                  OAKLAND DIVISION
8

9  GREGORY NARVAEZ,              )  Case No.  10-CV-00553 CW
                                  )
10          Plaintiff,             )  ORDER GRANTING PLAINTIFF'S
                                  )  REQUEST TO CONTINUE THE MARCH
11     v.                          )  31, 2011 HEARING ON DEFENDANT'S
                                  )  MOTION FOR SUMMARY JUDGMENT
12  CREDIT BUREAU OF UKIAH,       )  TO APRIL 14, 2011
                                  )
13          Defendant.             )
                                  )  Honorable Claudia Wilken
14                                )

15      IT IS HEREBY ORDERED that Plaintiff's, GREGORY NARVAEZ ("Plaintiff"),

16  Request to Continue the March 31, 2011 Hearing on Defendant's Motion for Summary

17  Judgment to April 14, 2011 is GRANTED.  As such, Plaintiff shall file its Opposition brief to

18  Defendant's Motion for Summary Judgment by March 24, 2011, and Defendant shall file its

19  Reply in support of its Motion for Summary Judgment by March 31, 2011.  If is further ordered

20  that the Case Management Conference set for March 31, 2011 is also continued to April 14,

21  2011, with the Case Management Statement due by April 7, 2011.

22      IT IS SO ORDERED.

23
    DATED: __3/16/2011__                    _____[signature]_____
24
                                             Judge of the Unites States District Court
25                                           Honorable Claudia Wilken

                                  - 1 -

        [~~PROPOSED~~] ORDER GRANTING PLAINTIFF REQUEST TO CONTINUE HEARING