**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

GREGORY NARVAEZ,

        Plaintiff,

  vs.

CREDIT BUREAU OF UKIAH, INC.,

        Defendant.

Case No.: **4:10-cv-00553-CW**

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 3/28/2011

_____
The Honorable Judge
Claudia Wilken
United States District Judge

1

[~~Proposed~~] Order